# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 30, 2018

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| United States of America<br>v.<br>FERNANDO MAGANA-MENDOZA<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:18-MJ-04167-MKD<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 28, 2018__ in the county of __Yakima__ in the
__Eastern__ District of __Washington__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C § 1326 | Alien in United States after Deportation in violation of Title 8, United States Code, Section 1326. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

COLIN M VINCENT
Digitally signed by COLIN M VINCENT
Date: 2018.08.29 16:34:25 -07'00'

*Complainant's signature*

Colin Vincent, Deportation Officer, ICE
*Printed name and title*

☒ Sworn to telephonically and signed electronically
☐ Sworn to before me and signed in my presence.

Date: 8/29/2018

*m. k. Dimke*

*Judge's signature*

City and state:  Yakima, WA

Mary K. Dimke, United States Magistrate Judge
*Printed name and title*

AUSA: BDS    YAKIMA COUNTY

I, Colin Vincent, having been duly sworn, do hereby depose and state as follows:

1. That your complainant is a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) with offices in Yakima, WA and in said capacity is familiar with the files and records of ICE as the same concern FERNANDO MAGANA-Mendoza.

2. That based upon his knowledge as aforesaid, FERNANDO MAGANA-Mendoza is a citizen of Mexico who was arrested and deported at San Luis, Arizona on or about September 18, 1999, and that a search of ICE records reveals no evidence of the defendant having requested or having been granted permission to reenter the United States.

3. That FERNANDO MAGANA-Mendoza was found in Yakima County in the Eastern District of Washington on August 28, 2018.

COLIN M VINCENT
Digitally signed by COLIN M VINCENT
Date: 2018.08.29 16:35:00 -07'00'

Colin Vincent, Deportation Officer
Department of Homeland Security,
Immigration and Customs Enforcement

SWORN to telephonically and SUBSCRIBED electronically this 29th day of August, 2018.

MARY K. DIMKE
United States Magistrate Judge