PENALTY SLIP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 30, 2018

SEAN F. McAVOY, CLERK

NAME:   FERNANDO MAGANA-MENDOZA

NUMBER OF COUNTS:  1

Count 1:   8 U.S.C. § 1326 – Alien in U.S. After Deportation

Penalty:   CAG NMT 10 years, $250,000 fine, or both, with 3 years of supervised release, and a $100.00 special assessment.

Case No.  1:18-MJ-04167-MKD

USA Initials: BDS