Joseph H. Harrington
United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 11 2018

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO MAGANA-MENDOZA,<br><br>Defendant. | 1:18-CR-2056-SMJ<br><br>INDICTMENT<br><br>8 U.S.C. § 1326<br>Alien in United States<br>After Deportation |

The Grand Jury charges:

On or about August 28, 2018, the Defendant, FERNANDO MAGANA-MENDOZA, a citizen and national of Mexico, who had theretofore been denied admission, excluded, deported and removed from the United States on or about September 18, 1999, at San Luis, Arizona, was found in the Eastern District of Washington, and he did not then have the express consent of the Attorney General or the

//

//

Indictment                                    1

Attorney General's successor, the Secretary of the Department of Homeland Security (6 U.S.C. §§ 101, 202(3) & (4), 402, 557), to reapply for admission into the United States, all in violation of 8 U.S.C. § 1326.

DATED this 11th day of September, 2018.

A TRUE BILL

_____
Presiding Juror

Joseph H. Harrington
United States Attorney

*(signature)*

Thomas J. Hanlon
Supervisory Assistant United States Attorney

*(signature)*

Benjamin D. Seal
Assistant United States Attorney

Indictment                                                                 2