FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 1 1 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# PENALTY SLIP

NAME:  FERNANDO MAGANA-MENDOZA

NUMBER OF COUNTS:  1

Count 1:    8 U.S.C. § 1326 – Alien in U.S. After Deportation

Penalty:    CAG NMT 20 years, $250,000 fine, or both, with 3 years of supervised release, and a $100.00 special assessment.

Case No. **1:18-CR-2056-SMJ-1**
_____

USA Initials: BDS