# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
Yakima

**USA v. Fernando Magana-Mendoza**      **Case No. 1:18-CR-2056-SMJ-1**
**Arraignment/Initial Appearance on Indictment:**     **11/08/2018**

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Thomas Hanlon, US Atty |
| | | ☒ | Jennifer Barnes, Defense Atty |
| ☒ | Erica Helms & Arturo Santana, US Probation / Pretrial Services Officer | ☒ | Interpreter – Carolina Hickey |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Oral Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☒ | USA represents defendant *is eligible* to proceed in an expedited manner. | ☐ | Expedited PSIR ordered |
| ☐ | Defendant's Approval to Institute PSIR/Waiver filed | ☒ | Supplemental PRE-Trial Services Report ordered, if necessary |
| ☐ | USA represents defendant *is not eligible* to proceed in an expedited manner. | ☐ | POST Pre-Trial Services Report ordered |
| ☐ | USA represents defendant's Fast Track eligibility *is presently undetermined.* | ☐ | USA directed to provide notice of expedited eligibility within 7 days |
| ☐ | AO Advice of Penalties/Sanctions filed | | |

## REMARKS

    Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.
        "Not guilty" plea entered.
        Discovery to be provided pursuant to the local rule on discovery.

**The Court ordered:**
    1. Defendant shall be detained by the U. S. Marshal until further order of the Court.

**Detention Hearing:**
**11/09/2018 @ 9:45 a.m. [Y Video/MKD]**