CJA 23
(Rev. 11/11)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

**FILED IN THE U.S. DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

**NOV - 7 2018**

**SEAN F. MCAVOY, CLERK**
**DEPUTY**
**YAKIMA, WASHINGTON**

| IN THE UNITED STATES | ☐ DISTRICT COURT | ☐ COURT OF APPEALS | ☐ OTHER (Specify below) |
|---|---|---|---|

IN THE CASE OF

_____ v. _____

FOR _____

AT _____

PERSON REPRESENTED (Show your full name)

FERNANDO MAGANA-MENDOZA,

1 ☒ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →)    ☐ Felony    ☐ Misdemeanor

LOCATION NUMBER: _____

DOCKET NUMBERS
Magistrate Judge: _____
District Court: 1:18-CR-2056-SMJ
Court of Appeals: _____

---

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**

Are you now employed? ☐ Yes ☒ No ☐ Self-Employed
Name and address of employer: Field work

IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? 8/2018
How much did you earn per month? $ 1,600.00

If married, is your spouse employed? ☐ Yes ☒ No

IF YES, how much does your spouse earn per month? $ _____

If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?    ☐ Yes  ☒ No

RECEIVED / SOURCES
IF YES, give the amount received and identify the sources  $ _____

**CASH**

Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No   IF YES, total amount? $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes ☒ No

VALUE / DESCRIPTION
IF YES, give value and description for each  $ _____

---

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS:
☒ Single
☐ Married
☐ Widowed
☐ Separated or Divorced

Total No. of Dependents: 4

List persons you actually support and your relationship to them: 4 Children

**DEBTS & MONTHLY BILLS**
(Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Rent | $ | $ 600.00 |
| Utilities | $ | $ 300.00 |
| Food | $ | $ 600.00 |

---

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Magana

Date: 11/7/2018