AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 07, 2018

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America<br>v.<br>FERNANDO MAGANA-MENDOZA<br><br>*Defendant* | )<br>)<br>)  Case No.  1:18-CR-2056-SMJ-1<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*         FERNANDO MAGANA-MENDOZA                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

  8 U.S.C. § 1326 Alien in United States After Deportation


Date: Sep 11, 2018, 2:08 pm                                    _____
                                                                            *Issuing officer's signature*

City and state:   Yakima, Washington                           Sean F. McAvoy, Clerk of Court/DCE
                                                                            *Printed name and title*

### Return

This warrant was received on *(date)* 11/7/18      , and the person was arrested on *(date)* 11/7/18
at *(city and state)*  YAKIMA, WA          .

Date: 11/7/18                                                  _____
                                                                            *Arresting officer's signature*

                                                               M. Olson                              DO
                                                                            *Printed name and title*