FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FERNANDO MAGANA-MENDOZA,<br><br>Defendant. | No. 1:18-CR-02056-SMJ-1<br><br>ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT<br><br>**ACTION REQUIRED** |

On Wednesday, November 07, 2018, Defendant made his initial appearance and was arraigned based on the Indictment (ECF No. 4). Defendant appeared, in custody, with Assistant Federal Defender Jennifer Barnes and was assisted by federal court-certified interpreter Carolina Hickey. Assistant United States Attorney Thomas Hanlon represented the United States.

Defendant was advised of, and acknowledged the charge against him and the penalties he faces.

Defendant was advised of, and acknowledged Defendant's rights.

Defendant pled not guilty.

ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT - 1

The Office of the Federal Defenders was appointed to represent Defendant.

The United States moved for detention (ECF No. 10). The United States represents this matter appropriately may proceed in an expedited manner. A status conference was set before **Judge Dimke, presiding by video, in Yakima, Washington, on Friday, November 09, 2018, at 10:00 AM.** At the status conference, the Court will address whether Defendant requests a detention hearing be scheduled and whether Defendant intends to pursue a fast track disposition.

The Court directs the parties to review the Local Criminal Rules governing discovery and other issues in this case. http://www.waed.uscourts.gov/court-info/local-rules-and-orders/general-orders.

Until further order of this Court, Defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT - 2

DATED this November 8, 2018.

s/<u>*Mary K. Dimke*</u><br>
MARY K. DIMKE<br>
UNITED STATES MAGISTRATE JUDGE