1
2
3

Jeffrey S. Dahlberg
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

4
5

Attorney for Defendant
Fernando Magana-Mendoza

6

7
8
9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Salvador Mendoza, Jr.

10

United States of America,

11

                                Plaintiff,

12

        v.

13

Fernando Magana-Mendoza,

14

                                Defendant.

15

No.  1:18-CR-2056-SMJ

**Notice of Appearance**

16

17
18

19

20

        Please take notice that Jeffrey S. Dahlberg of the Federal Defenders of Eastern

Washington and Idaho hereby enters his appearance as counsel of record in this matter.

All future correspondence and court filings should be forwarded directly to the address

listed above.

21

22

23

24

Dated:  November 8, 2018.

25

Notice of Appearance:  1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

By s/ Jeffrey S. Dahlberg
   Jeffrey S. Dahlberg
   5343967, NY
   Federal Defenders of Eastern
   Washington and Idaho
   306 East Chestnut Avenue
   Yakima, Washington 98901
   (509) 248-8920
   (509) 248-9118 fax
   Jeff_Dahlberg@fd.org

**Certificate of Service**

I hereby certify that on November 8, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Benjamin D. Seal, Assistant United States Attorney.

s/ Jeffrey S. Dahlberg
Jeffrey S. Dahlberg

Notice of Appearance: 2