FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV - 9 2018

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 1:18-CR-2056-SMJ |
| vs. | ) DEFENDANT'S APPROVAL TO INSTITUTE PRESENTENCE INVESTIGATION AND WAIVER OF FED. R. CRIM. P. 32(e), (f) AND (g) PROVISIONS |
| FERNANDO MAGANA-MENDOZA, | ) |
| Defendant. | ) |

**Defendant's Approval to Institute a Presentence Investigation Before Conviction of Plea of Guilty**

I consent to a presentence investigation by the probation officers of the United States district courts. This investigation is for the purpose of obtaining information useful to the court in the event I should hereafter plead guilty.

**Defendant's Consent to the Court's Inspection of Presentence Report Prior to Plea of Guilty**

I consent to review of my presentence report by a judge at any time, including the time prior to entry of a plea of guilty.

**Waiver of FED. R. CRIM. P. 32(e), (f) and (g) Provisions**

I have been advised that my case may proceed from 1st appearance/arraignment through sentencing on an expedited basis. Having had the opportunity to consult with my attorney, I believe that to be in my best interest and if my case is to be completed on an expedited basis, I waive FED. R. CRIM. P. 32(e), (f) and (g) notice and time periods with respect to the presentence investigation.

1  I have read, or had read to me, the foregoing consent and waiver and fully understand it. No
2  promise has been made to me as to what the final disposition of my case will be.

3
4                                          *magnta*
                                           Defendant
5
    11/7/2018                              [signature]
6   Date                                   Defense Counsel

7

8  Interpreted by (if applicable):

9
10  [signature] I. Jauriala Guhemic
    (Sign and Print Name)

11

12

13

14

15

16

17

18

19

20

21

22

23
                                        2
24  DEFENDANT'S APPROVAL TO INSTITUTE PRESENTENCE INVESTIGATION AND
    WAIVER OF FED. R. CRIM. P. 32(e), (f) AND (g) PROVISIONS
25