# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
### Yakima

**USA v. Fernando Magana-Mendoza    Case No.    1:18-CR-2056-SMJ-1**

Yakima Video Conference (JTR @ Spokane; Counsel and Defendant @ Yakima)
The Defendant agreed to appear via video conference.

**Status Hearing:**                                                                    **11/09/2018**

|   |   |
|---|---|
| ☒ Pam Howard, Courtroom Deputy [Y] | ☒ Benjamin Seal, US Atty |
| ☒ Melissa Orosco, Courtroom Deputy [S] | ☒ Jeffrey Dahlberg, Defense Atty |
| ☒ Erica Helms, US Probation / Pretrial Services | ☒ Interpreter – Kenneth Barger |
| ☒ Defendant present ☒ in custody USM ☐ out of custody | ☐ Defendant not present / failed to appear |
| ☒ Defendant continued detained | ☐ Conditions of Release imposed |
|   | ☐ 199C Advice of Penalties/Sanctions |

## REMARKS

**Detention hearing waived by Defendant; subject to right to return before the Court should circumstances change.**
Defendant filed an Approval to Institute Presentence Investigation and Waiver to take advantage of the Fast Track program.

**The Court ordered:**
1. USA's Motion for Detention is **granted**; subject to right to return before the Court should circumstances change.
2. Defendant shall be detained by the U.S. Marshal until further order of the Court.