Jeffrey S. Dahlberg
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Fernando Magana-Mendoza

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Salvador Mendoza, Jr.

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>Fernando Magana-Mendoza,<br><br>　　　　　　　　　Defendant. | No. 1:18-CR-2056-SMJ<br><br>**Ex Parte Motion for Withdrawal and Substitution of Counsel**<br><br>**Expedited Hearing Requested** |

　　　　Undersigned counsel moves the Court for an ex parte order allowing him to withdraw as counsel of record and appointing alternate counsel to represent Fernando Magana-Mendoza.

　　　　On November 7, 2018, this Court appointed the Federal Defenders of Eastern Washington and Idaho to represent Mr. Magana-Mendoza in this case, in which he is charged with one count of unlawful reentry into the United States in violation of 8 U.S.C. § 1326. ECF Nos. 4, 11. Counsel has reviewed discovery with Mr. Magana-Mendoza and met with him several times to discuss his case.

Ex Parte Motion for Withdrawal and Substitution of Counsel: 1

On November 27, 2018, it came to defense counsel's attention that the Federal Defenders have a conflict of interest in Mr. Magana-Mendoza's case. Undersigned counsel currently represents a client who has interests directly adverse to those of Mr. Magana-Mendoza. These adverse interests just became known to counsel and will prevent counsel from advocating certain positions beneficial to Mr. Magana-Mendoza, as doing so would violate his ethical duties to another client. Based upon this conflict, counsel cannot fully and zealously represent Mr. Magana-Mendoza.

Counsel therefore requests that the Court allow him to withdraw and appoint counsel from the Criminal Justice Act (CJA) panel to represent Mr. Magana-Mendoza. Given Mr. Magana-Mendoza's Sixth Amendment rights to counsel and to a speedy trial, and given that there are imminent filing deadlines in his case, he respectfully requests that the Court hear his request on an expedited basis.

Dated: November 28, 2018.

By s/ Jeffrey S. Dahlberg
Jeffrey S. Dahlberg
5343967, NY
Federal Defenders of Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Jeff_Dahlberg@fd.org