JOSEPH H. HARRINGTON
United States Attorney
Eastern District of Washington
Richard C. Burson
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No: 1:18-CR-02056-SMJ |
| Plaintiff, | |
| vs. | Notice of Substitution of Counsel for the United States |
| FERNANDO MAGANA-MENDOZA, | |
| Defendant. | |

Richard C. Burson, Assistant United States Attorney for the Eastern District of Washington, hereby substitutes as counsel of record on behalf of the United States of America replacing Benjamin D. Seal.

DATED November 30, 2018.

JOSEPH H. HARRINGTON
United States Attorney

s/ Richard C. Burson
RICHARD C. BURSON
Assistant United States Attorney

NOTICE OF SUBSTITUTION OF
COUNSEL FOR THE UNITED STATES           1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I hereby certify that on November 30, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Jeffrey Dahlberg

s/ Richard C. Burson
RICHARD C. BURSON
Assistant United States Attorney
United States Attorney's Office
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
(509) 454-4425
(509) 249-3297 (fax)

NOTICE OF SUBSTITUTION OF
COUNSEL FOR THE UNITED STATES         2