PROB 12C
(6/16)

Report Date: July 30, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 30, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Fernando Magana-Mendoza | Case Number: 0980 1:18CR02056-SMJ-1 |
| Address of Offender: Last known: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Warden, Washington 98837 |

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: January 15, 2019

| | |
|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326 |
| Original Sentence: | Prison - 3 months         Type of Supervision: Probation<br>TSR - 12 months |
| Asst. U.S. Attorney: | Ben Seal                  Date Supervision Commenced: January 22, 2019 |
| Defense Attorney: | Federal Defenders Office  Date Supervision Expires: January 21, 2020 |

---

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells you to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence**: Mr. Magana-Mendoza is alleged to have failed to report to the probation office within 72 hours of release from imprisonment on January 22, 2019.<br><br>On January 15, 2019, Mr. Magana-Mendoza appeared before the Court for sentencing.  He was sentenced to 3 months custody and 1 year of supervised release to follow.  Mr. Magana-Mendoza was released from custody on January 22, 2019.<br><br>On July 15, 2019, the probation office was notified Mr. Magana-Mendoza was released from custody on January 22, 2019.  Information  received revealed Immigration and Customs Enforcement had no record of Mr. Magana-Mendoza being deported.<br><br>On July 17, 2019, the undersigned officer went to Mr. Magana-Mendoza's last reported address of 10138 Road P.5 South East, number 3, Warden, Washington, in an effort to locate him.  This officer spoke with a female at this address by the name of Blanca.  She reported she knew who Mr. Magana-Mendoza was but did not know of his current whereabouts.  She |

Prob12C
Re: Magana-Mendoza, Fernando
July 30, 2019
Page 2

confirmed Mr. Magana-Mendoza was living at this address prior to his incarceration. This officer also stopped by the next door neighbor to see if they knew how to get in touch with Mr. Magana-Mendoza. There was no answer at the door. However, later that evening, this officer received a call from Mr. Magana-Mendoza's former neighbor who reported he did not know Mr. Magana-Mendoza's current whereabouts, nor did he know how to get in touch with him.

Records show Mr. Magana-Mendoza was released from custody on January 22, 2019, and he failed to report to the probation office within 72 hours of his release to commence supervision. As of July 30, 2019, Mr. Magana-Mendoza's current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 30, 2019

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

7/30/2019
Date